IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EMILY HITZKE, as Mother and Next Friend of Ava Hitzke, a minor<br><br>Plaintiff<br><br>vs.<br><br>VILLAGE OF MUNDELEIN, UNKNOWN VILLAGE OF MUNDELEIN POLICE OFFICER NUMBER 1 and UNKNOWN VILLAGE OF MUNDELEIN POLICE NUMBER 2<br><br>Defendants | Case No. 20-cv-02894 |

**STIPULATION FOR DISMISSAL**

Pursuant to the agreement of all parties, this case having been settled and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties stipulate and agree to the entry of an order dismissing Defendants, Village of Mundelein, Unknown Village of Mundelein Police Officer #1, and Unknown Village of Mundelein Police Officer #2, from this case with prejudice with all parties will bear its own costs and attorneys' fees.

Jeffrey Thut
Noonan, Perillo & Thut
Attorney for Plaintiff
25 N. County Street
Waukegan, Illinois 60085
Tel: (847) 244-0111

Molly M. O'Reilly
O'Reilly Law Offices, LLC
Attorney for Defendants
1751 S. Naperville Road, Suite 101
Wheaton, IL 60189
Tel: (630) 665-4444